UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARI MOODY,

                    Plaintiff,

        -against-

EMORY HEALTHCARE, INC., EMORY
CLINIC, INC., PA-C MEREDITH INGRAM,
EMILY BARROW, M.D., AND JOHN DOE
EMORY PERSONNEL 1-5,

                    Defendants.

26-cv-1478 (LTS)

26-cv-1481 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 13, 2026, order, the Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the Court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this Court. If Plaintiff violates this order and files an action without filing a motion for leave to file with a copy of his proposed complaint, the action will be dismissed for failure to comply with this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 15, 2026
         New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge